UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN NUNEZ-PALOMAREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>VERIZON COMMUNICATION INC., et al.,<br><br>  Defendants. | Case No. 23-cv-04524-WHO<br><br>**ORDER TO SHOW CAUSE** |

Defendants' motion for summary judgment was filed on February 26, 2025. Dkt. No. 64. Plaintiff's opposition was due on March 12, 2025. As of March 18, 2025, plaintiff has not filed an opposition.

Plaintiff is hereby ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff may satisfy this Order to Show Cause by filing an opposition on or before **April 1, 2025**. If an opposition is filed, defendants may file a reply by April 8, 2025. The hearing on the motion for summary judgment is reset to **April 30, 2025**.

If plaintiff fails to file an opposition, this case will be dismissed without prejudice for failure to prosecute. Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: March 18, 2025

William H. Orrick
United States District Judge